| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | CIVIL CONFERENCE<br>MINUTE ORDER |

| | | | |
|---|---|---|---|
| BEFORE: | JAMES ORENSTEIN<br>U.S. MAGISTRATE JUDGE | DATE:<br>TIME: | 11/27/2012<br>3:00 p.m. |

*Anthony Bonelli v. City of New York, et al.*
11-CV-0395 (KAM) (JO)

TYPE OF CONFERENCE: Status

APPEARANCES: Plaintiff   Stuart E. Jacobs, David M. Hazan (counsel); Anthony Bonelli (client)

Defendants   Eamonn F. Foley (counsel); Rhonda Cavagnaro (client)

SCHEDULING: A telephone conference will be held on December 27, 2012, at 12:30 p.m.

THE FOLLOWING RULINGS WERE MADE: The parties agreed to settle the case. If they file a stipulation of dismissal no later than December 21, 2012, I will cancel the conference scheduled above; otherwise, I direct the plaintiff's counsel to initiate the telephone conference call.

SO ORDERED

/s/
JAMES ORENSTEIN
U.S. Magistrate Judge