UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x

ANTHONY BONELLI,

                                                        Plaintiff,

- against -

THE CITY OF NEW YORK, NEW YORK CITY POLICE PENSION FUND, DEPUTY INSPECTOR ROBERT SENS-CASTET, SERGEANT RICHARD CONTE, DETECTIVE YVONNE LEON, SERGEANT FRANCIS MURNAME, POLICE OFFICER SEAN MAHON, POLICE PENSION FUND EXECUTIVE DIRECTOR ANTHONY GARVEY, POLICE PENSION FUND GENERAL COUNCIL RHONDA CAVAGNARO, POLICE PENSION FUND CHIEF INFORMATION OFFICER FOR INFORMATION TECHNOLOGY BILL DORNEY, POLICE PENSION FUND CHIEF OF STAFF JIM MCLOUGHLIN, POLICE PENSION FUND DIRECTOR OF SECURITY KEN PECE, SALVATORE MONTARULI, BRUCE AFRANE, and SCOTT RUSSO,

                                                        Defendants.

-------------------------------------------------------------------------x

DOCKET & FILE

**STIPULATION AND ORDER OF DISMISSAL**

11 Civ. 0395 (KAM)(JO)

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that pursuant to Federal Rule of Civil Procedure 41(a)(2), the captioned action is dismissed, with prejudice, as to all defendants.

- 2 -

Dated:      New York, New York
            December 3, 2012

**JACOBS & HAZAN LLP**
David M. Hazan
Stuart E. Jacobs
Attorneys for Plaintiff
11 Park Place, 10th Floor
New York, New York 10007
(212) 577-2690

By: _____
    David M. Hazan
    Stuart E. Jacobs

**MICHAEL A. CARDOZO**
Corporation Counsel of the
   City of New York
Attorney for Defendants
100 Church Street, Room 2-197
New York, New York 10007
(212) 788-0781

By: _____
    Eamonn F. Foley
    Assistant Corporation Counsel

**SO ORDERED:**

s/KAM

United States District Judge